**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE <u>WILLIAM B. SHUBB</u>**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>**DENAE BELAND,**<br>Defendant. | **(*Corrected)** SENTENCING PROCEEDING MINUTES  (IN OPEN COURT)<br><br>**Time in Court: <u>48 mins</u>**<br><br>CASE #: <u>2:19CR00021-02 WBS</u><br>DATE:  <u>8/28/2023</u><br>Deputy Clerk:<u> Karen Kirksey Smith</u><br>ECRO: <u> Jennifer Wood</u> |
| **For the Government:**<br><br><u>Veronica Alegria, Asst. U.S. Attorney</u><br><u>Lee Bickley, Asst. U.S. Attorney</u> | **For the Defendant:**<br><br><u>David Fischer, Rtnd.</u><br><br>**Defendant:**[X] Present  [X] Out of Custody |

**[X]**    **<u>Judgment and Sentencing - Date of Finding of Guilty:   <u>3/17/2023</u></u>** as to Count 4 of the Indictment (Docket #1).

**[X]**    Defendant addresses the Court.

**[X]**    Defendant shall submit to the collection of DNA

**[X]**    The mandatory drug testing condition is suspended.

**[X]**    **Special Assessment**:  <u>$100 due immediately</u>          [X ] **Fine:** <u>$25,000.00</u>

**[X]**    Interest is WAIVED on the  **[X]** Fine.

**[X]**    **Term of supervised release**:  <u>60 Months</u>

**[X]**    **Conditions of supervised release**:  <u>Refer to Judgment and Commitment order.</u>

**[X]**    **Special Conditions**:  <u>Refer to Judgment and Commitment order.</u>

**[X]**    **Appeal Rights:** <u>Given</u>

**[X]**    **Other:** <u>The Court confers with counsel re the PSR and the parties' briefs, and states modifications as noted on the record.  The US Probation Officer shall file an amended PSR with the modifications made as noted on the record.</u>

***Counsel makes a motion to withdraw and informs the Court that appellate counsel has been retained on behalf of the defendant. Court ORDERS counsel to assist the defendant in the filing of the Notice of Appeal.**

Mr. Dratman informs the Court that he is currently the custodian of record for both defendants as it pertains to their passports. Upon agreement of government counsel, the Court ORDERS the passports returned to defendant forthwith. Passport returned to defendant in open court.