UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-21 WBS |
| Plaintiff, | |
| v. | ORDER |
| BRIAN D. BELAND and DENAE A. BELAND, | |
| Defendants. | |

----oo0oo----

Defendant Denae Beland asks the court to order early termination of her probationary sentence pursuant to 18 U.S.C. § 3564(c). (Docket No. 252.) Both the Probation Office and the United States Attorney recommend against the request. The Probation Officer points out that defendant has completed only 22 months, less than half, of her five-year term, and that due to defendant's unemployment and her husband's incarceration it is impossible to accurately assess her financial stability or long-term capacity to meet her financial obligations at this time,

1

including the substantial back taxes defendant and her husband owe.

The primary reason for defendant's request appears to be that she has been denied visitation with her husband at the prison due to her being on probation.  It appears that visitation rights at the prison are considered on a case-by-case basis and are ultimately up to the Warden to decide.  The United States Attorney has offered to write a letter to the Warden of the institution where defendant's husband is confined, in support of defendant being granted visitation despite her being on probation, which offer defendant has so far rejected.

The court appreciates the hardship to defendant's mother in taking the Belands' children to visit their father, but it is just one of the many foreseeable consequences the Belands should have taken into account before they embarked on their scheme to cheat on their income taxes.  The Belands remain free to take the United States Attorney up on her offer to write to the Warden and equally free to take the other available steps to follow up on their request for visitation rights.

Considering all of the relevant factors set forth in 18 U.S.C. § 3553(a), defendant's request for early termination of probation is DENIED.

Dated:  July 8, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE